# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **KELLY WELLS,** | |
| **Plaintiff,** | |
| v. | Case No. 25-2167 |
| **UNITED STATES POSTAL SERVICE, et al.,** | |
| **Defendant.** | |

## ORDER

On June 4, 2025, Plaintiff filed a Complaint (#1) against Defendants. Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff has 90 days to serve a complaint upon all defendants. There is no showing that, to date, Plaintiff served Defendants in this matter. On October 7, 2025, the Court gave Plaintiff fourteen days to show cause as to why this matter should not be dismissed for failing to serve the summons pursuant to Rule 4(m). Plaintiff failed to respond to the Court's Order to Show Cause.

**Accordingly, the Court recommends that Plaintiff's case be DISMISSED for failure to complete service pursuant to Rule 4(m).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 29th day of October, 2025.

s/ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE