# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **KELLY WELLS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 25-CV-2167 |
| ) | |
| **UNITED STATES POSTAL SERVICE, et al.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendation (#8) was filed by the Magistrate Judge in the above cause on October 29, 2025. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. <u>See</u> 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd*., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#8) is accepted by this court.

(2) Plaintiff's case is DISMISSED for failure to complete service pursuant to Federal Rule of Civil Procedure 4(m).

(3) This case is terminated.

ENTERED this 14th day of November, 2025.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE